IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

  vs.                        : **CIVIL NO: C-1-01-593**
                                : **JUDGE BECKWITH**
                                : **MAGISTRATE JUDGE HOGAN**

**JEANNIE G. REESE,**
aka **JEANNIE G. STIVER,**

      **Defendant.**

## PLAINTIFF'S REQUEST TO QUASH
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

    Plaintiff, United States of America, respectfully moves this Honorable Court to quash the Order for Judgment Debtor Examination filed on January 4, 2005 in the above captioned case. Plaintiff will be returning this debt to the Department of Education for the agency surveillance and collection. Therefore, it is respectfully requested that the January 4, 2005 Order for Judgment Debtor Examination against Jeannie G. Reese be quashed.

                                                  Respectfully submitted,

                                                  GREGORY G. LOCKHART
                                                  United States Attorney

                                                  s/Deborah F. Sanders
                                                  DEBORAH F. SANDERS (0043575)
                                                  Assistant United States Attorney
                                                  303 Marconi Boulevard
                                                  Suite 200
                                                  Columbus, Ohio 43215
                                                  (614) 469-5715

## CERTIFICATE OF SERVICE

     A true copy of the above and foregoing Plaintiff's Request for Order to Quash Motion for Judgment Debtor Examination was filed with the Clerk of Court using the CM/ECF system and mailed, to Jeannie G. Reese, Defendant, 302 Lylburn Road, Middletown, OH 45044, by first class mail, postage prepaid, this 13th day of January, 2005.

                                        s/Deborah F. Sanders
                                        DEBORAH F. SANDERS (0043575)
                                        Assistant United States Attorney

```
N:\_ECF Workload\DSanders\reese JDX quash.wpd
```