IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

: CIVIL NO: C-1-01-593
: JUDGE BECKWITH
: MAGISTRATE JUDGE HOGAN

JEANNIE G. REESE,
aka JEANNIE G. STIVER,

    Defendant.

## ORDER TO QUASH THE
## ORDER FOR JUDGMENT DEBTOR EXAMINATION

Upon Plaintiff's Motion to Quash Order for Judgment Debtor Examination, and for good cause showing that the Plaintiff will be returning this debt to the Department of Education for agency surveillance and collection,

**IT IS HEREBY ORDERED** that the January 4, 2005 Order for Judgement Debtor Examination be quashed.

Date: 1/13/05

TIMOTHY S. HOGAN
UNITED STATES MAGISTRATE JUDGE